IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00912-CMA-KLM

WAYNE ALEXANDER, and
EUGENE REILLY,

    Plaintiff,

v.

ARCHULETA COUNTY, COLORADO,
PETER GONZALEZ, individually and in his official capacity as Sheriff of Archuleta County, Colorado,
JOHN J. WEISS, individually and in his official capacity as Undersheriff of Archuleta County, Colorado,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on an **Unopposed Motion to Vacate and Reset Final Pretrial Conference and to Reset Deadline for Submission of the Final Pretrial Order** [Docket No. 53; Filed August 3, 2009] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Final Pretrial Conference set for August 27 at 11:30 a.m. is **vacated** and **reset** to **September 8, 2009 at 9:30 a.m.** in Courtroom **C-204,** Second Floor, of the Byron Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado, 80294.

The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures, **no later than September 1, 2009**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., WordPerfect) and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the**

**form which may be downloaded in richtext format from the forms section of the court's website at <u>www.co.uscourts.gov</u>. Instructions for downloading in richtext format are posted in the forms section of the website.**

Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification.  *See* D.C.COLO.LCivR 83.2B.

Dated:          August 4, 2009