**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-00912-CMA-KLM

WAYNE ALEXANDER, and
EUGENE REILLY,

    Plaintiffs,

v.

ARCHULETA COUNTY, COLORADO,
PETER L. GONZALEZ, individually and in his official capacity as Sheriff of Archuleta County, Colorado,
JOHN J. WEISS, individually and in his official capacity as Undersheriff of Archuleta County, Colorado,

    Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE
---

The Court having considered the parties' Stipulation for Dismissal With Prejudice (Doc. # 83), hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorney fees.

DATED:  February __22__, 2010

                                          BY THE COURT:

                                          */s/ Christine M. Arguello*
                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Court Judge